## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **JAMAICA EADDY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO:** 3:21-cv-735-RGJ |
| | ) |
| **SIGNATURE HEALTHCARE, LLC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.     NATURE OF THE CASE

1.    This is an action brought by Plaintiff, Jamaica Eaddy ("Eaddy"), by counsel, against

Defendant, Signature Healthcare, LLC. ("Defendant"), for violating the Age

Discrimination in Employment Act, ("ADEA"), as amended, 29 U.S.C. §621 *et. seq* and

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et. seq.* and the

Kentucky Civil Rights Act ("KCRA")*.*

### II.  PARTIES

2.    Eaddy, at all times relevant to this litigation, resided within the geographical boundaries of

the Western District of Kentucky.

3.    Defendant is a foreign limited liability company that maintains offices and conducts

business within the Western District of Kentucky.

1

### III.  JURISDICTION AND VENUE

4.  Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. § 1343; 29 U.S.C. § 626 and 42 U.S.C. §2000e-5(f)(3).

5.  Defendant is an "employer" as that term is defined by 29 U.S.C. § 630(b), 42 U.S.C. §2000e(b), and KRS344.030(2).

6.  At all times relevant to this action, Eaddy was an "employee" as that term is defined by 29 U.S.C. § 630(f), 42 U.S.C. §2000e(f), and KRS344.030(5).

7.  Eaddy satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission against Defendant alleging discrimination based on age, race, and retaliation.  The EEOC issued Eaddy received her Notice of Suit Rights.  Eaddy timely files this action.

8.  A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Western District of Kentucky; therefore, venue is proper in this Court.

### IV.  FACTUAL ALLEGATIONS

9.  Eaddy, who is Black, was born in 1980.

10.  Eaddy was hired by Defendant on or about December 16, 2018, as a Staff Nurse.

11.  At all relevant times, Eaddy met or exceeded Defendant's legitimate performance expectations.

12.  Eaddy has routinely been bypassed for promotion in favor of Caucasian and/or younger individuals with less qualifications and/or experience. For example:

2

a. On or about July 10, 2020, the Unit Manager for the COVID Unit came open. The position was never posted, and it was given to Pamela Propes, a younger, less qualified Caucasian.

b. On or about December 10, 2020, the Unit Manager position came open again after Propes walked out. Eaddy applied for the position. Eaddy, however, was bypassed when the position was offered to Myesha Graham, less experienced, younger employee. Roxanne Ruoff, State Signature Care Consultant, informed Eaddy that if Graham did not accept the position, it would go to Eaddy. Graham declined the position, but Ruoff and Shannon Meyers had Graham fill the role regardless.

13. Shortly after, on or about January 8, 2021, Eaddy complained to Ruoff and Corporate via text message that she felt she was being denied the position based on her age and race.

14. In or about January 2021, the Unit Manager position came open again when Graham went on leave for surgery. Eaddy did not apply, as she had been told by Ruoff that she would receive the position if Graham did not accept the position.

15. Despite this, Eaddy was bypassed for the position after complaining of age and race discrimination, and the position was given to Janet Frederick on or about January 13, 2021.

## V. LEGAL ALLEGATIONS

## COUNT I: AGE DISCRIMINATION

16. Paragraphs one (1) through fifteen (15) of Eaddy's Complaint are hereby incorporated.

17. Defendant discriminated against Eaddy because of her age.

3

18. Defendant willfully and intentionally discriminated against Eaddy on the basis of her age in violation of the ADEA.

19. Eaddy has suffered damages as a result of Defendant unlawful actions.

**COUNT II: RACE DISCRIMINATION**

20. Paragraphs one (1) through eighteen (18) of Eaddy's Complaint are hereby incorporated.

21. Defendant discriminated against Eaddy because of her race.

22. Defendant's actions were intentional, willful and in reckless disregard of Eaddy's rights as protected by the KCRA and Title VII of the Civil Rights Act of 1964.

23. Eaddy has suffered damages as a result of Defendant unlawful actions

**COUNT III: RETALIATION**

24. Paragraphs one (1) through twenty-two (22) of Eaddy's Complaint are hereby incorporated.

25. Defendant discriminated against Eaddy for having engaged in protected activity.

26. Defendant's actions were intentional, willful and in reckless disregard of Eaddy's rights as protected by Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the KCRA.

27. Eaddy suffered damages as a result of Defendant's unlawful actions.

**VI.  REQUESTED RELIEF**

WHEREFORE, Plaintiff, Jamaica Eaddy, by counsel, respectfully requests that this Court find for Plaintiff and:

1.  Reinstate Plaintiff to the position, salary and seniority level she would have enjoyed but for Defendant's unlawful employment actions, or award her front pay in lieu thereof;

2.  Pay Plaintiff's lost wages and benefits;

3.  Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4.  Liquidated damages for Defendant's violations of the ADEA;

5.  Compensatory damages for Defendant's violations of Title VII, the KCRA, and retaliation under the ADEA;

6.  Punitive damages for Defendant's violations of the Title VII and retaliation under the ADEA;

7.  All costs and attorney's fees incurred as a result of bringing this action;

8.  Pre- and post-judgment interest on all sums recoverable; and

9.  All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

/s Andrew Dutkanych
Andrew Dutkanych, Attorney No. 23551-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone:     (812) 424-1000
Facsimile:     (812) 424-1005
Email: ad@bdlegal.com

*Attorney for Plaintiff, Jamaica Eaddy*

5

## DEMAND FOR JURY TRIAL

The Plaintiff, Jamaica Eaddy, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,

/s Andrew Dutkanych
Andrew Dutkanych, Attorney No. 23551-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, Indiana 47708
Telephone:     (812) 424-1000
Facsimile:     (812) 424-1005
Email: ad@bdlegal.com

6