UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| JAMAICA EADDY, ) | |
|     PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:21-cv-00735-RGJ |
| ) | |
| SIGNATURE HEALTHCARE, LLC, ) | |
|     DEFENDANT. ) | |

## PARTIES' JOINT NOTICE OF SETTLEMENT

Come the Parties, by counsel, and pursuant to the Court's March 1, 2022 Order requiring a status report, to inform the Court that an amicable settlement has been reached in this case. An Agreed Order of Dismissal, with prejudice, will be filed with the Court as soon as the settlement agreement between the Parties has been finalized.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Taylor J. Ferguson (with permission)* | */s/ R. Joseph Stennis, Jr.* |
| Andrew Dutkanych, III | R. Joseph Stennis, Jr. |
| Taylor J. Ferguson | WYATT, TARRANT & COMBS, LLP |
| Biesecker Dutkanych & Macer, LLC | 400 West Market Street, Suite 2000 |
| 144 N. Delaware St. | Louisville, KY 40202 |
| Indianapolis, Indiana 46204 | 502.589.5235 |
| Office: (317) 991-4765 | jstennis@wyattfirm.com |
| ad@bdlegal.com | |
| tferguson@bdlegal.com | *Counsel for Defendant* |
| | |
| *Counsel for the Plaintiff* | |

100707077.1