UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JAMAICA EADDY                                                                                       Plaintiff

v.                                                                                    Civil Action No. 3:21CV-735-RGJ

SIGNATURE HEALTHCARE, LLC.                                                                          Defendant

\* \* \* \* \*

## **ORDER**

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 8], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

Copies to:  Counsel of Record